IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NIA C. STALLWORTH, | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| MILAN LASER CORPORATION LLC, | : | No. 25-cv-0393 |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this **12th** day of **September 2025**, upon consideration of Defendant's Motion to Dismiss (ECF No. 21), Plaintiff's Opposition (ECF No. 23), and Defendant's Reply (ECF No. 24), it is hereby **ORDERED** that the Motion (ECF No. 21) is **GRANTED** in part and **DENIED** in part, as follows:

1. Defendant's Motion to Dismiss (ECF No. 21) is **DENIED** with respect to Plaintiff's race discrimination claim under Title VII of the Civil Rights Act of 1964, as set forth in the accompanying Memorandum Opinion.

2. Defendant's Motion to Dismiss (ECF No. 21) is otherwise **GRANTED**.

3. Defendant shall file an Answer to Plaintiff's Complaint on or before **September 26, 2025**.

BY THE COURT:

/s/ Chad F. Kenney

_____

**CHAD F. KENNEY, JUDGE**